**William E. BURKE, Plaintiff— Appellant,**

v.

**THE ROCHESTER CORPORATION, Defendant—Appellee.**

No. 05–2155.

United States Court of Appeals, Fourth Circuit.

Submitted: April 28, 2006.

Decided: June 1, 2006.

Robert P. Dwoskin, Charlottesville, Virginia, for Appellant. Charles E. McDonald, III, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Greenville, South Carolina, for Appellee.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William E. Burke appeals the district court's order rejecting the recommendation of the magistrate judge and dismissing his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Burke v. The Rochester Corp.*, No. CA–04–37–3 (W.D.Va. Sept. 27, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*